JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA JENSEN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MERRICK B. GARLAND, United States Attorney General, et al.,<br><br>　　　　　　Respondents. | Case No. 5:21-cv-01195-CAS (AFM)<br><br>**JUDGMENT** |

　　　This matter came before the Court on the Petition of LIGAYA JENSEN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is denied in part, granted the petition in part, and requiring Respondent to release Petitioner from custody unless within 28 days of entry of Judgment, Petitioner is granted a custody review

///

///

///

hearing before an immigration judge, at which the government shall justify by clear and convincing evidence Petitioner's continued detention.

DATED: May 3, 2023

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE